UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                     )<br>      Plaintiff,           )<br>                                     )<br>  v.                         )<br>                                     )<br>ANTONIO GOMEZ,      )<br>                                   )<br>      Defendant.     )<br>_____ ) | CASE NO. MJ 16-468<br><br>DETENTION ORDER |

<u>Offense charged</u>:   Possession of Controlled Substances with Intent to Distribute

<u>Date of Detention Hearing</u>:   November 8, 2016.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

     <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

     1.    Defendant is charged by Complaint with the above-listed drug offense. His

DETENTION ORDER
PAGE -1

arrest followed the execution of search warrants and the effectuation of a number of arrests in a large drug conspiracy operation, in which, the AUSA proffers, an arrested individual agreed to assist law enforcement and directed agents to the defendant, one of his alleged drug suppliers. The Complaint also alleges that, at the time of his arrest, defendant attempted to misdirect agents by providing false information.

2. Although defendant denied any problems with alcohol consumption, he has three convictions for Driving Under the Influence in the last four years, one of which is pending sentencing and one of which has an outstanding warrant for failing to appear for hearing. Defendant has a number of failures to appear for hearing in his criminal record.

3. Defendant has no family ties to this district, other than a relationship of approximately eight month's duration.  He denies possession of either an enhanced drivers license or passport, yet admits recent travel out of the country to Mexico.

4. Defendant poses a risk of nonappearance due to lack of family ties to this district, recent residential instability, possible excessive alcohol use, lack of verifiable employment, some discrepant information about his relationship with his current partner, a history of failing to appear, an outstanding warrant and an alleged effort to obstruct justice when arrested.   Defendant poses a risk of danger due to the nature of the alleged offense and a history of possibly excessive alcohol use, together with multiple convictions for alcohol-related driving offenses.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

DETENTION ORDER
PAGE -2

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>8th</u> day of November, 2016.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge